AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | ARKANSAS |

DAUPNINE NUNN

**JUDGMENT IN A CIVIL CASE**

V.

CONWAY PUBLIC SCHOOLS

Case Number:    4:04CV1529

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT CONWAY PUBLIC SCHOOLS; THIS MATTER IS DISMISSED WITH PREJUDICE. THE DEFENDANT SHALL RECEIVE ITS COSTS AND DISBURSEMENTS OF THIS ACTION.

December 1, 2006
Date

James W. McCormack
Clerk

*[signature]*
(By) Deputy Clerk